```
DANA M. COTHAM, ESQ.
Nevada Bar No. 7659
Post Office Box 95141
Las Vegas, NV  89193-5141
(702) 236-2000
Attorney for Plaintiff
```

## THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BONNE H. GIESE, ) | Case No. 2:10-cv-00167-RCJ-LRL |
|       Plaintiff, ) | |
|   vs. ) | |
| PHILLIP GALLAND, INDIVIDUALLY ) | |
| AND IN HIS OFFICIAL CAPACITY AS ) | |
| PRESIDENT AND TREASURER FOR ) | |
| NEOKINETICS CORPORATION; ) | |
| NEOKINETICS CORPORATION, DOES 1 ) | |
| through V, and DOE CORPORATIONS ) | |
| VI through X, inclusive, ) | |
|       Defendants, ) | |

### RULE 41 STIPULATION OF DISMISSAL

IT IS HEREBY stipulated by the parties hereto, by and between Dana M. Cotham, Esq., attorney for Plaintiff, BONNE H. GIESE; Bryan Clark, Esq., of CANE CLARK, attorneys for Defendant Neokinetics Corporation; and In Proper Person Defendant PHILLIP GALLAND ("GALLAND"), inclusive, under F.R.C.P. 41(a)(ii), that the above-entitled matter be dismissed with prejudice, each of the above parties to bear their own costs and attorney's fees

/ / /

incurred herein.  No answer has been filed in this matter and accordingly, no discovery scheduling order been issued.

Dated this 10th day of June, 2010

Dated this 11th day of June, 2010

   /s/   Dana M. Cotham   
Dana M. Cotham, Esq.
Nevada Bar No. 7659
P.O. Box 95141
Las Vegas, NV  89193
Attorney for Plaintiff

   /s/   Bryan R. Clark   
Bryan R. Clark, Esq.
Nevada Bar No. 4442
3273 E. Warm Springs
Las Vegas, NV  89120
Attorney for Defendant Neokinetics

Dated this 11th day of June, 2010

   /s/   Philip Galland   
Philip Galland
Las Vegas, NV
In Proper Person Defendant

     Pursuant to United States District Court of Nevada Local Rules Electronic Filing Procedures V (D), the undersigned hereby attests to the consent of the other parties whose electronic signatures are affixed hereto to the electronic signature and electronic filing hereof.

     Dated this 11th day of June, 2010

                                      /s/   Bryan R. Clark   
                                      Bryan R. Clark, Esq.
                                      Nevada Bar No. 4442